UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HUNTER JORDAN CARTER-RIMBACH,

Plaintiff,

v.

CHULA VISTA POLICE DEPARTMENT; STATE OF CALIFORNIA DEPARTMENT OF MOTOR VEHICLES; SAN DIEGO SUPERIOR COURT,

Defendants.

Case No.:  3:25-cv-3636-JES-DDL

**ORDER GRANTING LEAVE TO ELECTRONICALLY FILE DOCUMENTS**

Before the Court is a motion by Plaintiff Hunter Jordan Carter-Rimbach ("Plaintiff") for leave to electronically file documents. ECF No. 8. Generally, "[e]xcept as prescribed by local rule, order, or other procedure, the Court has designated all cases to be assigned to the Electronic Filing System." CivLR 5.4(a). With respect to *pro se* litigants, however, "[u]nless otherwise authorized by the court, all documents submitted for filing to the Clerk's Office . . . must be in legible, paper form." *See* Elec. Case Filing Admin. Policies and Proc. Manual, § 2(b) (S.D. Cal. Jan. 22, 2025) ("ECF Manual"). "A pro se party seeking leave to electronically file documents must file a motion and demonstrate the

1

means to do so properly by stating their equipment and software capabilities in addition to agreeing to follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual." *Id.* The ECF Manual refers to the Court's official website for CM/ECF technical specifications, *id.*, § 1(i), which include a "[c]omputer running Windows or Macintosh"; "[s]oftware to convert documents from a word processor format to portable document format (PDF)," such as "Adobe Acrobat 7.0 and higher"; "[i]nternet access supporting a transfer rate of 56kb or higher"; a compatible browser, such as "Firefox 15, Internet Explorer 9, and Safari 5.1/6 or later version"; a "[s]canner to image noncomputerized documents 400 pixels per inch (ppi)"; and a PACER account. *See* U.S. District Court, S.D. Cal., CM/ECF: General Info, https://www.casd.uscourts.gov/cmecf.aspx#undefined1 (last visited Mar. 20, 2025).

In the Motion for Leave to Electronically File Documents, Plaintiff affirms he has reviewed the ECF Manual, agrees to follow all rules and policies in the ECF Manual, and has access to the technology needed for electronic filing. ECF No. 8 at 1.

Accordingly, Plaintiff's Motion for Leave to Electronically File Documents, ECF No. 8, is **GRANTED**. Plaintiff is cautioned that electronic filing is a privilege and that any abuse of the CM/ECF system may result in termination of his electronic filing privileges.

**IT IS SO ORDERED**.

Dated: January 26, 2026

_____
Honorable James E. Simmons Jr.
United States District Judge

3:25-cv-3636-JES-DDL